Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Raymond Rodriguez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RODRIGUEZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant | Case No.: CV11-01789-JPR<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $2,500 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:　January 10, 2012

　　　　　　　　　　　　　　　　　　　　　*/s/ Jean Rosenbluth*

　　　　　　　　　　　　　　　　　　　　　JEAN P. ROSENBLUTH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-